# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARCENIO MERTINEZ-HERNANDEZ,<br><br>    Defendant. | Case No. 19-CR-03170-WVG<br><br>**ORDER**<br><br>~~[UNDER SEAL]~~ *WG* |

The Court has reviewed the United States' Ex Parte Application for Order Directing Disclosure or Non-Disclosure of Certain Information.

Based on that application, IT IS ORDERED that the information contained in Paragraphs 5 and 8 of the application shall be disclosed to Defendant Martinez-Hernandez pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972). The Court has balanced the defendant's need for the information against the harm disclosure will cause the witnesses and finds the former outweighs the latter. *See Perry v. State Farm Fire & Casualty*, 734 F.2d 1441, 1447 (11th Cir. 1984).

IT IS FURTHER ORDERED that the *Ex Parte* Application shall be sealed.

DATED: 10/15/19.

HONORABLE WILLIAM V. GALLO
United States Magistrate Judge

2