# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-03170-WVG |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Arcenio Martinez-Hernandez, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☒ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1325(a)(1) - Improper Entry BY An Alien (Misdemeanor)
8:1325(a)(1) - Improper Attempted Entry by an Alien (Misdemeanor)

Dated: 10/30/2019

Hon. William V. Gallo
United States District Judge